

**FILED**

APR 0 1 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 19-24-M-JCL |
| One (1) NUU mobile, white cellular telephone, IMEI: 3547000084673877 SN: LDN5184211184 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 1st day of April, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1